IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEAN PRYOR,   No. C 11-00954 CW

     Plaintiff,   MINUTE ORDER AND CASE MANAGEMENT ORDER

  v.

CITY OF CLEARLAKE, et al.,

     Defendants.
                                 /

    The case management conference set for June 14, 2011 is vacated. The Case Management Statement and Proposed Order filed by the parties is hereby adopted by the Court as the Case Management Order for the case, except as may be noted below.  The Court's standard Order for Pretrial Preparation also applies.

The case is hereby referred to the following ADR process:
Non-binding Arbitration: [ ]     Early Neutral Evaluation: [ ]
Court-connected mediation: [ X ]     Private mediation: [ ]
Magistrate Judge settlement conference: [ ]
ADR session to be held by:                                       (9/30/11)
(or as soon thereafter as is convenient to the mediator's schedule)

Deadline to add additional parties or claims:                    (6/30/11)
Date of next case management conference:                         (1/5/12)

Completion of Fact Discovery:                                    (11/30/11)
Disclosure of identities and reports of expert witnesses:        (10/30/11)
Completion of Expert Discovery:                                  (11/30/11)

All case-dispositive motions to be heard at 2:00 P.M.
    on or before:                                              (1/5/12)
Final Pretrial Conference at 2:00 P.M. on:                       (4/3/12)
A 10 day Jury Trial will begin at 8:30 A.M. on:                  (4/16/12)

Additional Matters:  Copy of Court's Order for Pretrial Preparation attached.  **A Further Case Management Conference will be held on January 5, 2012 whether or not dispositive motions are filed (or on whatever date dispositive motions are set).**

    IT IS SO ORDERED.

Dated: 6/9/2011

*Claudia Wilken*
CLAUDIA WILKEN
United States District Judge

Copies to:  Chambers

<u>NOTICE</u>

**Case Management Conferences and Pretrial Conferences** are conducted on **Tuesdays** at 2:00 p.m.  **Criminal Law and Motion** calendar is conducted on **Wednesdays** at 2:00 p.m. for defendants in custody and 2:30 p.m. for defendants not in custody.  **Civil Law and Motion** calendar is conducted on **Thursdays** at 2:00 p.m.  Order of call is determined by the Court.  Counsel need not reserve a hearing date for civil motions; however, counsel are advised to check the legal newspapers or the Court's website at www.cand.uscourts.gov for unavailable dates.

Motions for Summary Judgment:  All issues shall be contained within one motion of 25 pages or less, made on 35 days notice.  (<u>See</u> Civil L.R. 7-2).  Separate statements of undisputed facts in support of or in opposition to motions for summary judgment will not be considered by the Court.  (<u>See</u> Civil Local Rule 56-2(a)).  The motion and opposition should include a statement of facts supported by citations to the declarations filed with respect to the motion.  Evidentiary and procedural objections shall be contained within the motion, opposition or reply; separate motions to strike will not be considered by the Court. Any cross-motion shall be contained within the opposition to any motion for summary judgment, shall contain 25 pages or less, and shall be filed 14 days after the filing of the motion. The reply to a motion may contain up to 15 pages, shall include the opposition to any cross-motion, and shall be filed 7 days after the filing of the opposition. (<u>See</u> Civil Local Rule 7-3).  The Court may, *sua sponte* or pursuant to a motion under Civil L.R. 6-3, reschedule the hearing so as to give a moving party time to file a reply to any cross-motion.

All discovery motions are referred to a Magistrate Judge to be heard and considered at the convenience of his/her calendar.  All such matters shall be noticed by the moving party for hearing on the assigned Magistrate Judge's regular law and motion calendar, or pursuant to that Judge's procedures.

Pursuant to General Order 45, § VI.G, "In all cases subject to ECF, in addition to filing papers electronically, the parties are required to lodge for chambers **no later than noon on the business day following the day that the papers are filed electronically,** one paper copy of each document that is filed electronically."

(rev. 10/10/07)
(order attached rev. 6/30/10)