1  DALE L. ALLEN, JR., SBN 145279
   DIRK D. LARSEN, SBN 246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California  94111-2584
   Telephone (415) 981-6630
4  Facsimile (415) 982-1634
   dallen@lowball.com
5  dlarsen@lowball.com

6  Attorneys for Defendants
   CITY OF CLEARLAKE a governmental entity,
7  CARL MILLER, individually, and in his capacity
   as a police officer for the City of Clearlake and
8  acting sergeant,
   ALAN WADE McCLAIN, individually, and in his
9  capacity
   as Chief of Police for City of Clearlake, CRAIG
10 CLAUSEN,
   individually and in his capacity as Police
11 Lieutenant for City of Clearlake,
   MICHAEL RAY, individually and in his capacity
12 as a police officer for the City of Clearlake

BRIAN D. SUDANO, SBN 255427
SUDANO LAW FIRM
540 Lennon Lane
Walnut Creek, California 94598
Telephone   (925) 849-4183
Facsimile:  (925) 849-4185
Email: bsudano@sudanolaw.com

Attorneys for Plaintiffs
SEAN PRYOR

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16  SEAN PRYOR,                              )  Case No.: CV11-0954 CW
                                            )
17              Plaintiffs,                 )
                                            )  STIPULATION AND [PROPOSED] ORDER
18      vs.                                 )  CONTINUING MEDIATION
                                            )
19  CITY OF CLEARLAKE a governmental entity, )
    CARL MILLER, individually, and in his capacity )
20  as a police officer for the City of Clearlake and )
    acting sergeant, ALAN WADE McCLAIN,      )
21  individually, and in his capacity as Chief of Police )
    for City of Clearlake, CRAIG CLAUSEN,    )
22  individually and in his capacity as Police )
    Lieutenant for City of Clearlake, MICHAEL RAY, )
23  individually and in his capacity as a police officer )
    for the City of Clearlake, and DOES 1 through 50, )
24  individually, and in their capacity as police officers )
    for the city of Clearlake.               )
25                                          )
                                            )
26              Defendants.                 )
                                            )

27  ///

28  ///

-1-

1

## STIPULATION TO CONTINUE MEDIATION

2   In its Order dated June 9, 2011, this Court ordered mediation to commence no later than

3   September 30, 2011 (or as soon thereafter as is convenient for the mediator's schedule.) (*See*, Docket

4   Number 16.) Despite diligence by all parties, Plaintiff SEAN PRYOR ("Plaintiff") and Defendants

5   CITY OF CLEARLAKE, CARL MILLER, CRAIG CLAUSEN, MICHAEL RAY and ALLAN

6   WADE MCCLAIN ("Defendants") have been unable to complete sufficient discovery in time to

7   commence mediation by September 30th. MICHAEL RAY's deposition took place on September 21,

8   2011 and CRAIG CLAUSEN's deposition took place on September 22, 2011. The depositions of

9   Plaintiff and CARL MILLER will be completed thereafter, as will the deposition of ALLAN WADE

10  MCCLAIN, if necessary.

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION

J:\1427\sf0005\Pleading\P-stip-cont-mediation (DRAFT).doc                Case No. C09-00901 MHP

1   Pursuant to ADR Local Rule 6-5 and Local Rule 7-11, Plaintiff and Defendants hereby

2   stipulate as follows, and respectfully request that the Court enter an order pursuant to their stipulation:

3       1.      That the Mediation scheduled to commence no later no later than September 30, 2011

4               (or as soon thereafter as is convenient for the mediator's schedule), be rescheduled to

5               commence no later than October 30, 2011 (or as soon thereafter as is convenient for the

6               mediator's schedule).

7

8   SO STIPULATED.

9

10  Dated: September 23, 2011.

11                                          LOW, BALL & LYNCH

12

13                                          By_____

14                                          DALE L. ALLEN, JR.
                                            DIRK D. LARSEN
                                            Attorneys for Defendants
15                                          CITY OF CLEARLAKE a governmental entity,
                                            CARL MILLER, individually, and in his capacity
16                                          as a police officer for the City of Clearlake and
                                            acting sergeant, ALAN WADE McCLAIN,
17                                          individually, and in his capacity as Chief of Police
                                            for City of Clearlake, CRAIG CLAUSEN,
18                                          individually and in his capacity as Police Lieutenant
                                            for City of Clearlake, MICHAEL RAY,
19                                          individually and in his capacity
                                            as a police officer for the City of Clearlake
20

21  Dated: September 23, 2011.

22                                          LAW OFFICES OF BRIAN SUDANO

23

24

25                                          By_____
                                            BRIAN SUDANO
26                                          Attorneys for Plaintiff
                                            SEAN PRYOR
27

28

-3-

STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION

J:\1427\sf0005\Pleading\P-stip-cont-mediation (DRAFT).doc                          Case No. C09-00901 MHP

1

## [PROPOSED] ORDER

2      Pursuant to the stipulation of the parties herein, it is HEREBY ORDERED that the Mediation

3  currently scheduled to commence no later no later than September 30, 2011 (or as soon thereafter as is

4  convenient for the mediator's schedule), be rescheduled to commence no later than October 30, 2011

5  (or as soon thereafter as is convenient for the mediator's schedule).

6

7      PURSUANT TO STIPULATION, IT IS SO ORDERED.

8

9      Dated: _____September 27_____, 2011.

10

11

12                                    HON. CLAUDIA WILKEN
                                      U.S. DISTRICT COURT JUDGE

13

14

15  cc: ADR

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION

J:\1427\sf0005\Pleading\P-stip-cont-mediation (DRAFT).doc                    Case No. C09-00901 MHP