IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEAN PRYOR,

    Plaintiff,

  v.

CITY OF CLEARLAKE, a governmental entity; CARL MILLER, individually, and in his capacity as a police officer for the City of Clearlake and acting sergeant; ALAN WADE McCLAIN, individually and in his capacity as Chief of Police for the City of Clearlake; CRAIG CLAUSEN, individually and in his capacity as Police Lieutenant for the City of Clearlake; MICHAEL RAY, individually, and in his capacity as a police officer for the City of Clearlake; and DOES 1-50, individually, and in their capacity as police officers for the City of Clearlake,

    Defendants.
_____/

No. C 11-0954 CW

ORDER GRANTING IN PART DEFENDANTS' REQUEST FOR CLARIFICATION (Docket No. 48)

    The Court has received Defendants' December 6, 2011 letter requesting clarification of the Court's November 21, 2011 order granting the <u>ex parte</u> Application of Defendants Carl Miller, Michael Ray, Craig Clausen and Allan Wade McClain to Exceed Page Limit on Consolidated Motion for Summary Adjudication.[1] The June

---

[1] Defendants are advised that normally requests for clarification are submitted pursuant to Civil Local Rule 7-11, in the form of a motion for administrative relief. However, given the approaching deadline, the Court will consider Defendants' request.

9, 2011 case management order was intended to require that all issues on behalf of all Defendants be contained in one motion of twenty-five pages or less.  Unfortunately, the Court overlooked the first footnote in the November 21, 2011 application, in which Defendants' intention to file two motions is evident, and thus did not correct Defendants' misunderstanding.

Accordingly, the Court clarifies that all Defendants in this action shall file a single joint motion for summary judgment on or before December 12, 2011.  The Court will allow up to fifty pages for this motion if necessary.  The opposition brief, not to exceed the number of pages in Defendants' brief, shall be filed on or before December 20, 2011.  Defendants may file a twenty page reply brief on or before December 27, 2011.  A hearing on the motion is set for January 12, 2012.

IT IS SO ORDERED.

Dated: December 7, 2011

_____
CLAUDIA WILKEN
United States District Judge