**UNITED STATES DISTRICT COURT**

**For the Northern District of California**

# UNITED STATES DISTRICT COURT

## Northern District of California

### Oakland Division

| | |
|---|---|
| SEAN PRYOR,<br>　　　　Plaintiff, | No. C 11-0954 CW |
| v.<br>CITY OF CLEARLAKE, et al.,<br>　　　　Defendants.<br>_____/ | **ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:　　　　　August 8, 2012<br>Mediation:　　　William Simmons |

　　　IT IS HEREBY ORDERED that the request to excuse defendants Carl Miller and Michael Ray from personal attendance at the August 8, 2012, mediation session before William Simmons is GRANTED. The defendants shall participate telephonically for the duration of the mediation unless or until excused by the mediator in accordance with ADR L.R. 6-10(f).

　　　IT IS SO ORDERED.

| July 31, 2012 | By: | |
|---|---|---|
| Dated | | Donna M. Ryu<br>United States Magistrate Judge |

*GRANTED* — Judge Donna M. Ryu